IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
GINGER RHOADS; SCOTT RHOADS;   )
ASHLEY ETHRIDGE; and WAYLON    )
ETHRIDGE,                      )
                               )
          Plaintiffs,          )
                               )
     v.                        )
                               )
GUILFORD COUNTY, NORTH         )
CAROLINA; GUILFORD COUNTY      )
DEPARTMENT OF SOCIAL SERVICES; )
SHARON BARLOW, in her          )
individual and official        )
capacity as Director of        )
Guilford County Department of  )    1:23-CV-854
Social Services; GAIL SPINKS;  )
CHRISTINA HAIK; KAREN          )
WILLIAMSON; LORI GERSHON;      )
RACHEL COOLEY; DSS SUPERVISOR  )
DOE #1, in his or her          )
individual and official        )
capacity as an employee of     )
Guilford County Department of  )
Social Services; and DSS SOCIAL)
WORKER DOE #1, in his or her   )
individual and official        )
capacity as an employee of     )
Guilford County Department of  )
Social Services,               )
                               )
          Defendants.          )
```

## **JUDGMENT**

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously herewith (Doc. 37),

IT IS ORDERED AND ADJUDGED that as to Defendants' motion to dismiss (Doc. 26), to the extent the complaint seeks reversal of the state court's judgments as to custody of the minors, the claim is DISMISSED WITHOUT PREJUDICE for lack of subject matter

jurisdiction.

IT IS FURTHER ORDERED AND ADJUDGED that as to all remaining claims, the motion to dismiss (Doc. 26) is GRANTED and the complaint is DISMISSED.

September 27, 2024

        /s/   Thomas D. Schroeder
United States District Judge