FILED: January 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2035
(1:23-cv-00854-TDS-LPA)

_____

GINGER RHOADS; SCOTT RHOADS; WAYLON ETHRIDGE; ASHLEY ETHRIDGE

        Plaintiffs - Appellants

v.

GUILFORD COUNTY, NORTH CAROLINA; GUILFORD COUNTY DEPARTMENT OF SOCIAL SERVICES; SHARON BARLOW, in her Capacity as Director of Guilford County Department of Social Services; GAIL SPINKS; CHRISTINA HAIK; KAREN WILLIAMSON; LORI GERSHON; RACHEL COOLEY; DSS SUPERVISOR DOE #1, in their individual capacities and official capacities as employees of Guilford County Department of Social Services; DSS SOCIAL WORKER DOE #1, in their individual capacities and official capacities as employees of Guilford County Department of Social Services

        Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK