FILED: February 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2035
(1:23-cv-00854-TDS-LPA)

_____

GINGER RHOADS; SCOTT RHOADS; WAYLON ETHRIDGE; ASHLEY ETHRIDGE

    Plaintiffs - Appellants

v.

GUILFORD COUNTY, NORTH CAROLINA; GUILFORD COUNTY DEPARTMENT OF SOCIAL SERVICES; SHARON BARLOW, in her Capacity as Director of Guilford County Department of Social Services; GAIL SPINKS; CHRISTINA HAIK; KAREN WILLIAMSON; LORI GERSHON; RACHEL COOLEY; DSS SUPERVISOR DOE #1, in their individual capacities and official capacities as employees of Guilford County Department of Social Services; DSS SOCIAL WORKER DOE #1, in their individual capacities and official capacities as employees of Guilford County Department of Social Services

    Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered 01/16/2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*